**\*\*NOT FOR PRINTED PUBLICATION \*\***

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| AMY DORSEY, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| V. | § | CASE NO.  4:13cv250 |
| | § | Judge Clark/Judge Mazzant |
| TARGET CORPORATION d/b/a | § | |
| Target Store #T2550 and/or d/b/a | § | |
| WYLIE SUPER TARGET, | § | |
| | § | |
| *Defendant.* | § | |

## ORDER OF DISMISSAL

Before the court is the parties' Agreed Stipulation of Dismissal [Doc. #24].

It  is **ORDERED** that the Agreed Stipulation of Dismissal [Doc. #24] is accepted by the court. The court further **ORDERS** that Plaintiff's claims against Defendant in this case are **DISMISSED** with prejudice.

All relief not previously granted is **DENIED**.

The Clerk is directed to **CLOSE** this civil action.

So **ORDERED** and **SIGNED** this 9   day of **July, 2014.**

_____
Ron Clark, United States District Judge